FILED

04/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0615

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0615

_____

LORI MONROE and REBECCA
ROSENBERGER,

       Petitioners,

  v.

TRA BOGGS,

       Respondent and Appellant.

TRA BOGGS, on behalf of himself and his           O R D E R
minor children, C.D.B. and T.J.B.,

       Counterclaimant,

  v.

LORI MONROE, REBECCA ROSENBERGER
and DAVID GORDON,

       Counterclaim Defendants
       and Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Gregory Bonilla, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 19 2023